

# Court of Appeals
## Sixth Appellate District of Texas

# J U D G M E N T

| | |
|---|---|
| Jose De La Garza, Appellant | Appeal from the 18th District Court of Johnson County, Texas (Tr. Ct. No. F48905). Memorandum Opinion delivered by Justice Moseley, Chief Justice Morriss and Justice Burgess participating. |
| No. 06-15-00123-CR  v. | |
| The State of Texas, Appellee | |

As stated in the Court's opinion of this date, we find no error in the judgment of the court below.  We affirm the judgment of the trial court.

We note that the appellant, Jose De La Garza, has adequately indicated his inability to pay costs of appeal.  Therefore, we waive payment of costs.

RENDERED APRIL 12, 2016
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk